In the United States Court of Federal Claims

**No. 97-38115 C**

**PRAIRIE VILLAGE OF HUXLEY ASSOCIATES, A LIMITED PARTNERSHIP,**

**JUDGMENT**

**v.**

**THE UNITED STATES**

Pursuant to the Opinion, filed August 30, 2004, the parties' Joint Status Report on Judgment Amounts, filed October 29, 2004, and the court's Order of December 17, 2004,

IT IS ORDERED AND ADJUDGED this date, pursuant to Rule 58, that the plaintiff recover of and from the United States the sum of $88,636.00 on the "PV of Huxley I & II" property. This judgment shall be effective December 31, 2004.

Brian Bishop
Clerk of Court

**December 30, 2004** By: s/Lisa L. DeFade

Deputy Clerk

NOTE: As to appeal, 60 days from this date, see RCFC 58.1, re number of copies and listing of all plaintiffs. Filing fee is $255.00.