97-38115

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

05-5084

PRAIRIE VILLAGE OF HUXLEY ASSOCIATES,

Plaintiff-Appellee,

v.

UNITED STATES,

Defendant-Appellant.

## O R D E R

NOTE: Pursuant to Fed. Cir. R. 47.6, this order
is not citable as
precedent. It is a public order.

# United States Court of Appeals for the Federal Circuit

05-5084

PRAIRIE VILLAGE OF HUXLEY ASSOCIATES,

Plaintiff-Appellee,

v.

UNITED STATES,

Defendant-Appellant.

ON MOTION

ORDER

Upon consideration of the United States' motion to voluntarily dismiss its appeal pursuant to Fed. R. App. P. 42(b).[1]

IT IS ORDERED THAT:

(1) The motion is granted.

(2) Each side shall bear its own costs.

CERTIFIED COPY
I HEREBY CERTIFY THIS DOCUMENT
IS A TRUE AND CORRECT COPY
OF THE ORIGINAL ON FILE.

UNITED STATES COURT OF APPEALS
FOR THE FEDERAL CIRCUIT

By: [signature] Date: 5/5/05

FOR THE COURT

MAY - 5 2005
Date

[signature]
Jan Horbaly
Clerk

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

MAY 5 2005

JAN HORBALY
CLERK

cc: Jeff H. Eckland, Esq.
Shalom Brilliant, Esq.

ISSUED AS A MANDATE: MAY - 5 2005

[1] We note that the parties request that this dismissal be without prejudice, however, it is not the practice of this court to dismiss with or without prejudice.